# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| Plaintiff, | ) | |
| v. | ) | CASE NO. **1:08CR528** |
| VADEN ANDERSON, | ) | Title 18, United States Code, Section 1039(a)(3) |
| Defendant. | ) | |

**JUDGE BOYKO**

The Grand Jury charges:

On or about March 24, 2008, in the Northern District of Ohio, Eastern Division, and elsewhere, defendant, VADEN ANDERSON, knowingly and intentionally obtained and attempted to obtain confidential telephone records information of a covered entity, to wit: Sprint / Nextel, a "telecommunications carrier" as defined in 47 U.S.C., Section 153, by providing a document to Sprint / Nextel knowing that such document was false and fraudulent, to wit: a fictitious U.S. District Court civil subpoena issued to, and served upon, Sprint / Nextel by defendant, VADEN ANDERSON, in interstate commerce.

All in violation of Title 18, United States Code, Section 1039(a)(3).

A TRUE BILL.

Original Document - - Signatures on file with the Clerk of Court, pursuant to the E-Government Act of 2002.